UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN POSEY,

       Petitioner,                                  Case No. 22-cv-11227
                                                     Hon. Matthew F. Leitman

v.

JOHN CHRISTIANSEN,

       Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

                                                          KINIKIA ESSIX
                                                          CLERK OF COURT

                                    By:    s/Holly A. Ryan_____
                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 11, 2023
Detroit, Michigan